**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOSEPH FRANCESKI AND BERNADETTE  :  No. 12 MAL 2023
FRANCESKI, ADMINISTRATRIX OF THE  :
ESTATE OF MICHAEL FRANCESKI,  :
  :  Petition for Allowance of Appeal
           Petitioners  :  from the Order of the Superior Court
  :
  :
        v.  :
  :
  :
LINDE CORPORATION AND RAIL-TRAIL  :
COUNCIL OF NORTHEASTERN  :
PENNSYLVANIA, INC.,  :
  :
           Respondents  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.